United States District Court
Southern District of Texas
**ENTERED**
November 09, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYLIN J. TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-1568 |
| | § | |
| CAROL EVENS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 22, 2020 (Docket Entry No. 17), and no objections having been filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted. It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

Plaintiff, Marylin Taylor's, Motion for Default Judgement Rule 55 (Docket Entry No. 15) is **DENIED** because no proof of service has been filed against defendant, Carol Evens; and defendants Nicole Wilson and Tjwana Wilson previously filed a Motion to Dismiss Pursuant to Federal Rule 12(b)(6) (Docket Entry No. 11).

More than 90 days have passed since this case was filed on May 1, 2020. Paragraph 9 of the court's Order for Conference (Docket Entry No. 4) states:

> Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The

```
failure of plaintiff(s) to file proof of service within
90 days after the filing of the complaint may result in
dismissal of this action by the court on its own
initiative without further notice.
```

The court's file reflects no proof of service of summons and complaint on defendant Carol Evens.  Accordingly, this action against Carol Evens will be dismissed without prejudice for plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

**SIGNED** at Houston, Texas, on this 9th day of November, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE